RECEIVED
JUL 0 7 2020
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal No. 3:20-cr-76 |
| v. | ) |
| | ) INDICTMENT |
| KYLE CHARLES JULIAN, | ) |
| | ) T. 18 U.S.C. § 922(g)(1) |
| Defendant. | ) T. 18 U.S.C. § 924(a)(2) |
| | ) T. 18 U.S.C. § 924(d) |
| | ) T. 28 U.S.C. § 2461(c) |

**THE GRAND JURY CHARGES:**

### COUNT 1
**(Felon in Possession of a Firearm)**

That on or about May 1, 2020, in the Southern District of Iowa, the defendant, KYLE CHARLES JULIAN, in and affecting commerce, knowingly possessed a firearm, namely: a loaded .40 caliber Kel-Tec P-40 with an obliterated serial number. At the time of the offense, the defendant knew he had been convicted of a crime punishable by imprisonment for a term exceeding one year.

This is a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**THE GRAND JURY FINDS:**

**NOTICE OF FORFEITURE**

That upon conviction for the offenses alleged in Count 1 of this Indictment, the defendant, KYLE CHARLES JULIAN, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offenses, including, the firearm and ammunition identified in Count 1 of this Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**A TRUE BILL.**

FOREPERSON

Marc Krickbaum
United States Attorney

By: *[signature]*
Amanda W. Searle
Assistant United States Attorney